# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jim Navarro,

    Plaintiff

v.

The Honorable Mr. Potter, et al.,

    Defendants

2:15-cv-02223-JAD-VCF

**Order Dismissing Case Without Prejudice and Closing Case**

    Pro se plaintiff Jim Navarro sued former United States District Judge Brian Sandoval for failing to "recuse himself when he ru[led] over [Navarro's] common law wife Rosie Romero[']s complaint" and failing to "investigate the corrupt workmen comp. system"; the United States Government for "[d]enial of Constitutional and Civil Rights an[d] [sic] voting Rights;" and "Post Master Generals" the Honorable Mr. Potter, the Honorable Mr. Donahue, Renee Kern, and John Doe for withholding mail, including legal documents.[1]

    Magistrate Judge Cam Ferenbach granted Navarro's application to proceed *in forma pauperis,* screened his complaint under 28 U.S.C. 1915(e), and recommended that I dismiss all claims but give Navarro leave to amend some of them.[2] Navarro did not object to the magistrate judge's recommendation, and I adopted it and dismissed his claims, some with leave to amend.[3] I gave Navarro until January 22, 2015, to file an amended complaint and expressly warned him that failure to file an amended complaint by this deadline would result in dismissal of his entire case without prejudice. The January 22, 2015, deadline has long since passed, and Navarro has not filed an amended complaint or requested an extension to do so.

---

[1] ECF No. 4.

[2] ECF No. 3.

[3] ECF No. 6.

1       Accordingly, IT IS HEREBY ORDERED that **this case is DISMISSED without prejudice.**
2 **The Clerk of Court is directed to CLOSE THIS CASE.**
3       Dated June 20th 2016

                                                    _____
                                                    Jennifer A. Dorsey
                                                    United States District Judge